**Opinion issued May 22, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00300-CV

————————————

**CHRISTOPHER GIPSON, INDIVIDUALLY AND D/B/A BACK HAUL TRUCKING, Appellant**

**V.**

**QUALITAS INSURANCE COMPANY, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-16124A**

---

## MEMORANDUM OPINION

Appellant, Christopher Gipson, has filed a motion for voluntary dismissal of this appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.